UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| LEE MOMIENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| FIRST NATIONAL BANK OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant, First National Bank of Omaha ("FNBO"), removes this state court action *Lee Momient v. First National Bank of Omaha*, Case No. 2015-L-001206, Second Circuit Court of Cook County, Illinois, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of this Removal, FNBO states as follows:

1. Plaintiff, Lee Momient, filed the above state civil action against FNBO in the Circuit Court of Cook County, Illinois on February 5, 2015. This action is within the Northern District of Illinois.

2. FNBO was served with the Complaint on or about February 24, 2015. A copy of the Complaint is attached hereto as Exhibit A. FNBO has not been served with any other matters in the State Court action.

3. Plaintiff has alleged federal causes of action against FNBO, which include: Counts I & II: Fair Credit Reporting Act, 15 U.S.C. §1681; Count III: Fair Credit Billing Act, 15 U.S.C. §1666; and Counts V, VI, and VI (sic): 47 U.S.C. §227.

4. This Court has original federal question over the federal causes of action above pursuant to 28 U.S.C. §1331 and §1441.

5. This Court has supplemental jurisdiction over Plaintiff's one and only state cause of action, Count IV: Invasion of Privacy, as it arises from and is a part of the same case or controversy as the federal claims. Therefore, this Court has supplemental jurisdiction over this claim pursuant to 28 U.S.C. §1367 and can be removed pursuant to 28 U.S.C. §1441.

6. This Court is the proper venue for this action pursuant to 28 U.S.C. §1441(a) as the Circuit Court of Cook County is located within the Northern District of Illinois.

7. FNBO will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County and provide Notice to the Plaintiff contemporaneously with this filing.

WHEREFORE, Defendant, First National Bank of Omaha, respectfully removes this action from the Circuit Court of Cook County, Illinois, to this Court.

Respectfully Submitted,

FIRST NATIONAL BANK OF OMAHA,
Defendant

By: /s/ Jasmani Francis_____
Jasmani Francis
Jasmani Francis, Attorney at Law, LLC
3501 W. Algonquin Rd., Suite 340
Rolling Meadows, IL 60008
937-367-6886
jfrancis@jf-legal.com

Cory J. Rooney, Esq.
BRUMBAUGH & QUANDAHL PC
4885 S. 118th St., Ste. 100
Omaha, NE 68137
402-554-4400
crooney@bqlaw.com

**CERTFIFICATE OF SERVICE**

    I hereby certify that on March 27, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification to all interested parties registered with the Court's CM/ECF system, and I will send notification of such filing ot the following via regular mail, postage prepaid:

Lee Momient
P.O. Box 608082
Chicago, IL 60660